UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
       -v- : 21-CR-621 (LJL)
 :
AMIN BUTLER, : ORDER
 :
       Defendant. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that Judge Lehrburger's order of July 20, 2021 (Dkt No. 14) is modified so that the provision requiring the Bureau of Prisons to ensure that a physician examine Mr. Butler's health on at least a weekly basis can be satisfied if the defendant is seen on a weekly basis by a member of the health services department, reporting to a doctor.  The Bureau of Prisons shall ensure that the person who sees Mr. Butler on a weekly basis report to a doctor at the facility after each visit and shall also ensure that Mr. Butler is seen by a physician on a monthly basis.  The Bureau of Prisons is also ordered, on pain of contempt, to fit and provide Mr. Butler with a prosthetic leg and shoes no later than the last week of December 2021, and the Government is ordered to inform the Court by no later than December 17, 2021 why the fitting cannot be done earlier than the last week of December.

    SO ORDERED.

Dated: December 13, 2021
       New York, New York
                                                 LEWIS J. LIMAN
                                             United States District Judge