LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

March 14, 2022

Via Email and ECF

The Honorable Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

REQUEST GRANTED.
The Status Conference previously set for March 17, 2022 is rescheduled to April 14, 2022 at 12:00PM. The hearing will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court, with consent of all parties, excludes time from March 15, 2022 until April 14, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and April 14 can be used by the parties to resolve any discovery issues and to continue discussions about a potential pretrial disposition of this matter.

3/15/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

        I write, with the consent of the Government, to request the status conference scheduled in this matter for Thursday, March 17, 2022 at noon until April 14, 2022 at noon. The Government and the Defense continue to engage in plea negotiations, and we believe within the next thirty days, the parties will reach an agreement and resolve any discovery issues. On behalf of the defendant, I respectfully waive speedy trial until April 14, 2022. Accordingly, we suggest the interest of justice are served by granting the continuance and outweigh the best interest of the public and the defendant in a speedy trial. See 18 USC § 3161 (h)(1)(7)(A)

Respectfully,
    /s/
Donna Newman
Cc: AUSA Samuel Rothschild
    AUSA Mitzi Steiner
    Amin Butler via first class mail