UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
              -v-                                   :        21-CR-621 (LJL)
                                                    :
AMIN BUTLER,                                        :        SCHEDULING
                                                    :        ORDER
                            Defendant.              :
                                                    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Status Conference previously scheduled for April 14, 2022 at 12:00PM is canceled.

Instead, a Change of Plea hearing is scheduled for May 24, 2022 at 2:00PM in Courtroom 15C at the

500 Pearl Street Courthouse.  The Court, with consent of all parties, excludes time from April 13, 2022

until May 24, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the

interest of justice outweighs the interest of the public and the defendant in a speedy trial.


      SO ORDERED.

Dated: April 13, 2022
      New York, New York                          _____
                                                            LEWIS J. LIMAN
                                                        United States District Judge