**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

May 23, 2022

Via Email and ECF

The Honorable Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Change of Plea hearing previously set for May 24, 2022 is rescheduled to July 11, 2022 at 11:00AM in Courtroom 15C of the 500 Pearl Street Courthouse.
>
> 5/23/2022  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

    Amin Butler is scheduled to appear before Your Honor tomorrow for a change of plea hearing. Mr. Butler has been in the hospital for about two months now and I am uncertain as to when he will be released. I do not believe the hospital has the ability to conduct video conferences for patients and thus, tomorrow's change of plea hearing can not proceed. I respectfully suggest the Court schedule the hearing for the second week in July. If Mr. Butler is released from the hospital earlier, we can advance the date for his change of plea.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Samuel Rothschild
    AUSA Mitzi Steiner