**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

May 23, 2022

Via Email and ECF

The Honorable Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

    In my letter of today's date filed ECF # 54, I failed to make clear that on behalf of Mr. Butler, I waive speedy trial until the our next scheduled court appearance to enable plea negotiations to continue and to confer with Mr. Butler regarding these matters.

Respectfully,
/s/
Donna R. Newman
Cc; AUSA Samuel Rothschild
    AUSA Mitzi Steiner
    Amin Butler

---

**MEMO ENDORSEMENT.**
The Court, with consent of all parties, excludes time from May 23, 2022 until July 11, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and July 11 can be used by the parties to continue discussions about a potential pretrial disposition of this matter.

5/23/2022    SO ORDERED.

LEWIS J. LIMAN
United States District Judge