**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

August 10, 2022

Via Email and ECF

The Honorable Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Change of Plea hearing previously set for August 12, 2022 is rescheduled to September 15, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 8/10/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

  Amin Butler is scheduled to appear before Your Honor on Friday August 12th for a change of plea hearing. Mr. Butler remains in the hospital still undergoing extensive physical therapy for the surgery he underwent in April. I am waiting for an updated report from his treating physician who can advise me an anticipated date for Mr. Butler's release. In the meantime, since a change of plea hearing is not possible from the hospital because it lacks video capabilities, I respectfully request the change of plea hearing be scheduled for September 15th at a time convenient for the Court. If Mr. Butler is released from the hospital earlier, we can advance the date for his change of plea.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Samuel Rothschild
  AUSA Mitzi Steiner
  Amin Butler