**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

August 10, 2022

Via Email and ECF

The Honorable Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

    Please accept this letter as a supplement to my letter of the same date, filed ECF # 60. On behalf of Mr. Butler, I waive speedy trial. The additional time is needed for the parties to continue plea negotiations and to explore a resolution of this matter without the need for a trial. The Government advises that it consents to the Defense's request for an adjournment of the change of plea hearing scheduled for this Friday, August 12, until September 15th.

Respectfully,
/s/
Donna R. Newman
cc: AUSA Samuel Rothschild
    AUSA Mitzi Steiner
    Amin Butler

---

**MEMO ENDORSEMENT.**
The Court, with consent of all parties, excludes time from August 10, 2022 until September 15, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and September 15 can be used by the parties to continue discussions about a potential pretrial disposition of this matter.

8/10/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge