**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

July 8, 2022

Via Email and ECF

The Honorable Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amin Butler*
    21 cr 621(LJL), 21 MJ 5137

> MEMO ENDORSEMENT.
> The Change of Plea Hearing scheduled for September 15, 2022 is adjourned. The Court will hold a telephonic status conference in this matter on Friday, September 16, 2022 at 2:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 9/15/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Dear Judge Liman:

   Mr. Butler is scheduled to appear before the Court tomorrow July 15, 2022 for a change of plea hearing. I apologize for this last -minute request. However, Mr. Butler remains in the hospital and as far as I am aware physically unable to attend Court. Without the doctor's approval I believe it unwise to transport Mr. Butler to court. I will inquire again if there is a room where Mr. Butler can appear via Zoom and I will try (as I have) to obtain consent from his doctor for his travel. Accordingly, I seek an adjournment for a period of 30 days to reassess Mr. Butler's physical condition. If he can be transported, I will advise the Court in advance of the hearing date to ascertain whether the matter can be advanced. On behalf of Mr. Butler, I waive speedy trial to allow the parties further opportunity to engage in plea negotiations.

Respectfully submitted,
    /s/
Donna R. Newman
Enc.
Cc: AUSA Mitzi Steiner
    AUSA Samuel P. Rothschild
    Amin Butler via 1st class mail