**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

December 16, 2022

Via Email and ECF

The Honorable Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for January 5, 2023 is rescheduled to February 23, 2023 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 12/19/2022   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re: *United States v. Amin Butler*
    21 cr 621(LJL)

Dear Judge Liman:

    Mr. Butler is scheduled to be sentenced by Your Honor on January 5, 2023. I write to request the Court adjourn Mr. Butler's sentence until February 23rd at noon. The Government does not object to this request. The Court and the parties are available at this time and date.

    As the Court may recall, Mr. Butler is in the hospital. This presented significant challenges to accomplish his interview for his presentence report. We just accomplished the interview and time is needed for Probation to prepare a draft report, for counsel to review the report and file objections, and for counsel to submit sentencing memorandum. Wherefore, I respectfully request Mr. Butler's sentencing be adjourned until February 23, 2023 at noon.

Respectfully submitted,
/s/
Donna R. Newman
Cc AUSA Samuel Rothschild
   AUSA Mitzi Steiner
   USPO Allyssa Lopez