```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
        -v-                                                    :
                                                               :        21-cr-621 (LJL)
AMIN BUTLER,                                                   :
                                                               :            ORDER
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2023

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for September 11, 2023.  In its September 4, 2023 submission, the Government proffers that Defendant had conversations with a confidential source about buying, selling, and owning guns and described for the source an incident in which he drew a gun on another individual.  Dkt. No. 83 at 2.  That information is not reflected in the presentence report.  The Defense is ordered to inform the Court no later than September 7, 2023, whether it objects to the Court considering such information.  In the event that the Defense does object, the Government shall provide the Court no later than September 8, 2023 at 10:00 a.m. with transcripts or other evidence supporting the assertion in its submission (on the assumption the Government wishes the Court to take such conduct into account).  The Court will entertain a request by the Defense for a *Fatico* hearing on the claim so long as that request is made before September 11, 2023.

    SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                         LEWIS J. LIMAN
                                               United States District Judge